UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ADRIAN HARRIS,

    Plaintiff,

        v.

COOPER B-LINE, INC., MACHINISTS NO. 9 and WAYNE HENZE,

    Defendants.

Case No. 13-cv-440-JPG-DGW

## ORDER

This matter comes before the Court on the summary judgment motion filed by defendant District 9 of the International Association of Machinists and Aerospace Workers' ("Machinists No. 9") (Doc. 25) seeking judgment on Count I of the Amended Complaint. Count I is a claim under the Illinois Human Rights Act, 775 ILCS 5/1-101 *et seq.* and was dismissed on January 6, 2014, for failure to exhaust administrative remedies. This dismissal renders the pending motion for summary judgment (Doc. 25) **MOOT**. The Court further notes that dismissal of Count I terminated Machinists No. 9 as a party to this case in light of the fact that they were only named as a defendant in Count I. The Court **DIRECTS** the Clerk of Court to terminate Machinists No. 9 as a party to this case.

Additionally, the Court notes that all claims against defendant Cooper B-Line, Inc. ("Cooper") were dismissed from this case on July 22, 2013. Thus, it is no longer a party to this case, and the Court **DIRECTS** the Clerk of Court to terminate Cooper as well.

**IT IS SO ORDERED.**
**DATED: February 14, 2014**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**